Recorder's Stamp

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CITICORP VENDOR FINANCE, INC. ) | |
| f/k/a Copelco Capital, Inc., successor in interest ) | |
| to JDR Capital Corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 04 C 2255 |
| vs. ) | |
| ) | The Honorable Judge Marovich |
| JETSON MIDWEST MAILERS, INC. and ) | |
| RICHARD C. CAROSELLA, ) | Magistrate Judge Nolan |
| ) | |
| Defendants. ) | |

## MEMORANDUM OF JUDGMENT

On May 15, 2006, judgment was entered in this Court in favor of the Plaintiff CITICORP VENDOR FINANCE, INC. f/k/a Copelco Capital, Inc., successor in interest to JDR Capital Corporation, and against Defendants JETSON MIDWEST MAILERS, INC. and RICHARD C. CAROSELLA, jointly and severally, in the amount of $456,480.40.

By: _____
Honorable Judge Nolan

AUG 3 1 2006

Christian J. Jorgensen, Esq.
ASKOUNIS & BORST, P.C.
180 N. Stetson Street, Suite 3400
Chicago, IL 60601
312/861-7100
312/861-0022 (Facsimile)
# 6243203
U:\NVizzini\Citicorp\Jetson\Pleadings\Mem of Judg.wpd